UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 25-14064-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**OSCAR BAUTISTA-RAMIREZ,**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Shaniek M. Maynard following Change of Plea Hearing [ECF No. 23]. On December 12, 2025, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 20] during which Defendant pled guilty to the sole Count of the Indictment [ECF No. 12] pursuant to a written stipulation of facts [ECF No. 21]. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the sole Count of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offense [ECF No. 12]. No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 23] is **ACCEPTED**.

2. The guilty plea entered into by Defendant **Oscar Bautista-Ramirez** as to the sole Count of the Indictment is **ACCEPTED**.

CASE NO. 25-14064-CR-CANNON

3. Defendant **Oscar Bautista-Ramirez** is adjudicated guilty of the sole Count of the Indictment, which charges him with illegal reentry after removal, in violation of Title 8 U.S.C. § 1326(a) and (b)(1) [ECF No. 12].

**ORDERED** in Chambers at Fort Pierce, Florida, this 18th day of February 2026.

*[signature]*
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record